UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Charles Mendes** <br> **Plaintiff** <br><br> V. <br> **Osprey Ship Management, Inc. and** <br> **United States of America,** <br> **Defendants** | ) <br> ) <br> ) <br> ) **Civil Action** <br> ) <br> )**05  10912 DPW** <br> ) No. _____ <br> ) <br> ) <br> ) |

## SEAMAN'S DECLARATION

The Plaintiff, CHARLES MENDES, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on __2__ day of _May_, 2005

Carolyn M. Latti, BBO 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000