# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 05-10912-DPW

Plaintiff:
**Charles Mendes**

vs.

Defendant:
**Osprey Ship Management, Inc. and United States of America**

Received by ESQ Process Servers to be served on **OSPREY SHIP MANAGEMENT INC., 104 Englefield, Gaithersburg, MD 20878**.

I, Mary C. Veirs, being duly sworn, depose and say that on the **23rd day of May, 2005** at **12:44 pm**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Plantiff's Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me to JOSEPH B. HAVER as **Resident Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
RELOCATED - 6550 Rock Spring Drive, Suite 300, Bethesda, MD 20817

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 27th day of May, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires January 1, 2007

Mary C. Veirs
Process Server

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2005005909
Ref: Mendes

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

CHARLES MENDES

V.

OSPREY SHIP MANAGMENT, INC. AND
UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    05 10912 DPW

TO: (Name and address of Defendant)

OSPREY SHIP MANAGEMENT, INC.
C/O JOSEPH B. HAVER
REGISTERED AGENT
104 Englefield
Gaithersburg, MD 20878

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CAROLYN M. LATTI
LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 02109
(617) 523-1000

an answer to the complaint which is served on you with this summons, within _____TWENTY_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            MAY 3 - 2005

CLERK                                         DATE

(By) DEPUTY CLERK