UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 05-10912-DPW

**CHARLES MENDES,**
    **Plaintiff,**

VS.

**OSPREY SHIP MANAGEMENT, INC.
and UNITED STATES OF AMERICA,**
    **Defendants**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendants, Osprey Ship Management, Inc. and United States of America, in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO. 365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: June 23, 2005