UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES MENDES,  
    Plaintiff,

CIVIL ACTION
NO: 05-10912-DPW

vs.

OSPREY SHIP MANAGEMENT, INC.
and UNITED STATES OF AMERICA,
    Defendants

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Counts I, II, III and IV of Plaintiff's Complaint & Demand for Jury Trial against Osprey Ship Management, Inc. be dismissed with prejudice and without interest, costs or attorney's fees.

Dated this 27 day of June, 2005.

| FOR THE PLAINTIFF | FOR OSPREY SHIP MANAGEMENT, INC. |
|---|---|
| Carolyn Latti | Thomas J. Muzyka |
| BBO NO: 567394 | BBO NO: 365540 |
| LATTI & ANDERSON, LLP | CLINTON & MUZYKA, P.C. |
| 30-31 Union Wharf | One Washington Mall |
| Boston, MA 02109 | Suite 1400 |
| (617) 723-9165 | Boston, MA 02108 |
| | (617) 723-9165 |

FOR THE UNITED STATES OF AMERICA

Michael J. Sullivan
United States Attorney

Damon C. Miller
Admiralty Attorney
Torts Branh, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4047

ATTORNEYS FOR THE UNITED STATES

By: _____
    Thomas J. Muzyka
    BBO NO: 365540
    CLINTON & MUZYKA, P.C.
    One Washington Mall
    Suite 1400
    Boston, MA  02108
    (617) 723-9165

OF COUNSEL TO THE UNITED STATES OF AMERICA


Dated:  June 28, 2005