UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Charles Mendes,** <br> **Plaintiff** <br><br> v. <br><br> **United States of America,** <br> **Defendants** | ) <br> ) <br> ) <br> ) Civil Action <br> ) <br> ) No. 05-10912-DPW <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT

I, CHARLES MENDES, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course – and various alternative courses – of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23 DAY OF August, 2005.

CHARLES MENDES

Respectfully submitted for the
the Plaintiff, CHARLES MENDES,
by his attorney,

Carolyn M. Latti, BBO 567394
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Charles Mendes,** <br> **Plaintiff** <br><br> v. <br><br> **United States of America,** <br> **Defendants** | ) <br> ) <br> ) <br> )    **Civil Action** <br> ) <br> )    **No. 05-10912-DPW** <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT**

I, CHARLES MENDES, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course – and various alternative courses – of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23 DAY OF August, 2005.

_____
CHARLES MENDES

Respectfully submitted for the
the Plaintiff, CHARLES MENDES,
by his attorney,

_____
Carolyn M. Latti, BBO 567394
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: