UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHARLES MENDES,**
    **Plaintiff,**

**VS.**

**THE UNITED STATES OF AMERICA,**
    **Defendants.**

**CIVIL ACTION**
**NO: 05-10912-DPW**

## JOINT MOTION TO EXTEND THE DEADLINES SET FORTH IN THE JOINT SCHEDULING STATEMENT

Now come the parties, by and through their respective attorneys, and respectfully move this Honorable Court to extend the deadlines set forth in the Joint Scheduling Statement, which was adopted by this Honorable Court on August 23, 2005, for a period of two (2) months. As grounds in support of this Motion the parties submit the following for the Court's consideration.

1. The plaintiff instituted this action to recover damages resulting from a right wrist injury that he sustained while serving as a seaman onboard the M/V 1ST LT. HARRY MARTIN.

2. After the parties attended the August 23, 2005 Initial Scheduling Conference, the plaintiff underwent right wrist surgery. The unexpected surgery was not successful and the plaintiff is scheduled to undergo another surgical procedure to his right wrist in March of 2006.

3. Because the plaintiff is still treating, the nature and extent of his injuries cannot be fully evaluated by the parties, which is necessary in order for the parties to complete their expert disclosures and properly prepare for trial.

4.  An additional two (2) months will provide the parties with an opportunity to evaluate the plaintiff's condition following his surgery and complete their expert disclosures.

**WHEREFORE**, the parties pray that this Honorable Court extend the deadlines set forth in the Joint Scheduling Statement for a period of two (2) months and adopt the following schedule by the allowance of this Motion.

| | |
|---|---|
| Designation of Plaintiff's Expert Testimony by or before: | April 21, 2006 |
| Designation of Defendant's Expert Testimony by or before: | May 19, 2006 |
| Completion of all Discovery by or before: | June 16, 2006 |
| Dispostive Motions by or before: | July 14, 2006 |

Respectfully submitted,

**FOR THE CHARLES MENDES**

"/s/Carolyn M. Latti"__
Carolyn Latti, Esq.
BBO NO: 567394
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

**FOR THE UNITED STATES OF AMERICA**

Michael J. Sullivan
United States Attorney

Damon C. Miller
Admiralty Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4047

**ATTORNEYS FOR THE UNITED STATES**

By:   "/s/Thomas J. Muzyka"_____
      Thomas J. Muzyka
      BBO NO: 365540
      CLINTON & MUZYKA, P.C.
      One Washington Mall
      Suite 1400
      Boston, MA  02108
      (617) 723-9165

      **OF COUNSEL TO THE UNITED STATES OF**
      **AMERICA**


Dated: February 17, 2006