UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 05-10912-DPW

**CHARLES MENDES,**
    **Plaintiff,**

vs.

**OSPREY SHIP MANAGEMENT, INC.
and UNITED STATES OF AMERICA,**
    **Defendants**

## STATUS REPORT

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully report to this Honorable Court the status of this case.

The parties are in the process of exchanging their expert disclosures. Before conducting any expert depositions and incurring additional costs, the parties are willing to attend Mediation to explore the possibility of settlement. Accordingly, the parties respectfully request that the case be referred to Magistrate Judge Bowler for Mediation. The parties will report the status of the case after attending Mediation.

Respectfully submitted,

| **FOR THE PLAINTIFF** | **FOR THE UNITED STATES OF AMERICA** |
|---|---|
| "/s/Carolyn M. Latti"<br>Carolyn Latti, Esq.<br>BBO NO: 567394<br>LATTI & ANDERSON, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000 | Michael J. Sullivan<br>United States Attorney<br><br>Damon C. Miller<br>Admiralty Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>(202) 616-4047<br><br>**ATTORNEYS FOR THE UNITED STATES**<br><br>By:  "/s/Thomas J. Muzyka"<br>Thomas J. Muzyka<br>BBO NO: 365540<br>CLINTON & MUZYKA, P.C.<br>One Washington Mall<br>Suite 1400<br>Boston, MA  02108<br>(617) 723-9165<br><br>**OF COUNSEL TO THE UNITED STATES OF AMERICA** |

Dated: July 6, 2006