UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHARLES MENDES**
    Plaintiff,

v.                                                                    CIVIL ACTION
                                                                      NO. 05-10912-DPW

**OSPREY SHIP MANAGEMENT INC. ET AL**
    Defendant.

## ORDER OF REFERRAL TO ADR PROGRAM

**WOODLOCK, D.J.**

    The above captioned matter is referred to the Court's ADR program for mediation with Magistrate Judge Bowler. Parties request mediation be scheduled as soon as possible.

    Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).

    The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED: July 11, 2006