**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>　Charles Mendes　　　　　　　</u>
　　　　　　　Plaintiff(s)

　　　　　V.　　　　　　　　　　　　　　　　　CIVIL ACTION  NO.  05-10912-DPW

<u>　Osprey Ship Management, Inc., et al.　</u>
　　　　　　　Defendant(s)


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

　　　　　　　　TO JUDGE <u>　　Woodlock　　　</u>

[ ]　The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]　On <u>　　　12/18/2006　　　　</u> I held the following ADR proceeding:

　　　_____　SCREENING CONFERENCE　　_____ EARLY NEUTRAL EVALUATION
　　　___X___　MEDIATION　　　　　　　　　　_____ SUMMARY BENCH / JURY TRIAL
　　　_____　MINI-TRIAL　　　　　　　　　　　_____ SETTLEMENT CONFERENCE

　　All parties were represented by counsel  [except <u>　　　　　　　　　　　</u>]
　　The parties were not present in person, but by an authorized officer. [except_____].
　　The case was:

[ ]　Settled. Your clerk should enter a __ day order of dismissal.

[ ]　There was progress.

[X]　Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]　Suggested strategy to facilitate settlement:
<u>　　　　</u>


<u>　　　12/18/2006　　　</u>　　　　　　　　　　　　<u>　　Marianne B. Bowler, USMJ　　</u>
　　　　　DATE　　　　　　　　　　　　　　　　　　　　　　ADR Provider

(ADR Report (Mendes).wpd  - 4/12/2000)　　　　　　　　　　　　　　　　　　　　　　　　[adrrpt.]