**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>  Charles Mendes                    </u><br>Plaintiff(s) | |
| V. | CIVIL ACTION NO. 05-10912-DPW |
| <u>  Osprey Ship Management, Inc., et al.  </u><br>Defendant(s) | |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE <u>   Woodlock    </u>

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On <u>    01/17/2007        </u> I held the following ADR proceeding:

|   |   |   |   |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel  [except <u>                              </u>]

The parties  were / were not  present in person or by authorized corporate officer [except <u>                                             </u>].

The case was:

[x]   Settled.  Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for <u>               </u> unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

<u>01/17/2007        </u>                                                    <u>    /s/ Marianne B. Bowler, USMJ  </u>
DATE                                                                             ADR Provider

(Mendes2 ADR Report.wpd  - 4/12/2000)                                                                      [adrrpt.]