```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

CHARLES MENDES
    Plaintiff,

    v.                                CIVIL ACTION
                                         NO.05-10912-DPW

OSPREY SHIP MANAGEMENT INC. ET AL
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **FEBRUARY 16, 2007.**

    The status conference set for APRIL 12, 2007 is canceled.

                                                BY THE COURT,

                                                /S/ Michelle Rynne

DATED: January 17, 2007              Deputy Clerk