UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Charles Mendes,<br>    Plaintiff<br><br>v.<br><br>United States of America,<br>    Defendants | )<br>)<br>)<br>)   Civil Action<br>)<br>)   No. 05-10912-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND THE TIME WITHIN
WHICH CLOSING PAPERS MUST BE FILED**

Now come the parties and by their undersigned counsel do respectfully move this Honorable Court to enlarge the time within which a Stipulation of Dismissal or an Agreement for Judgment must be filed with the Court up to and including March 16, 2007.

As grounds therefore, the parties state that they are actively engaged in consummating the settlement but an additional thirty (30) days is needed in order to do so.

Respectfully submitted,
CHARLES MENDES,
by his attorney,


/s/ Carolyn M. Latti
Carolyn M. Latti
BBO #567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

        Respectfully submitted,
United States of America,
By its attorneys,

/s/ Thomas J. Muzyka
Thomas J. Muzyka, Esquire  BBO #365540
Kenneth M. Chiarello, Esquire
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108
Tel. (617) 723-9165

Dated:  2/14/07

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2007, I electronically filed Joint Motion to Extend the Time Within Which Closing Papers Must Be Filed with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Thomas J. Muzyka,
Kenneth M. Chiarello
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Respectfully submitted for the
the Plaintiff,

/s/Carolyn M. Latti
Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com