**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION**
**NO. 05-10912-DPW**

**CHARLES MENDES**

**VS.**

**OSPREY SHIP MANAGEMENT, INC.**
**and UNITED STATES OF AMERICA**

**STIPULATION OF DISMISSAL**

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this _20_ day of March, 2007.

**ATTORNEY FOR PLAINTIFF,**

**Carolyn M. Latti**
**BBO NO. 567394**
**LATTI & ANDERSON**
30-31 Union Wharf
Boston, MA 02109
(617)523-1000

**ATTORNEY FOR DEFENDANT**

**Thomas J. Muzyka**
**BBO NO. 365540**
**Kenneth M. Chiarello**
**BBO NO.   639274**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165